| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| HELEN J. WHITE § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 1:17-CV-221 |
| § | |
| UNITED STATES OF AMERICA, et al. § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This case is assigned to the Hon. Zack Hawthorn, United States Magistrate Judge, for pretrial management. On May 22, 2017, Plaintiff Helen J. White filed the instant lawsuit against the United States of America, Tyler Perry Productions, T. D. Jakes, and other Defendants. (Doc. No. 1). On June 8, 2017, Judge Hawthorn entered a report (Doc. No. 5) recommending dismissal of this case pursuant to 28 U.S.C. § 1915(e) because the action is barred by *res judicata* and is consequently frivolous, malicious, and fails to state a claim upon which relief can be granted. The Plaintiff received a copy of the report on June 13, 2017. (Doc. No. 6). No objections have been filed to the magistrate judge's report, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 5) is **ADOPTED**, and the case is dismissed with prejudice. A final judgment will be entered separately.

SIGNED at Plano, Texas, this 6th day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE